UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION CONFINEMENT SHU,<br><br>    Defendants. | 1:06-CV-0467 OWW LJO P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #5, 6) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motions to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted TWENTY(20) days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   July 6, 2006**          /s/ Lawrence J. O'Neill
b6edp0                              UNITED STATES MAGISTRATE JUDGE