UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>        Plaintiff,<br><br>vs.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION CONFINEMENT SHU,<br><br>        Defendant.<br>_____/ | 1:06-cv-00467-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 3)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

    Willie Weaver ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 18, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On June 5, 2006, plaintiff filed a motion to extend time. On July 6, 2006, the court granted plaintiff an additional twenty (20) days within which to respond. On July 31, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 18, 2006, are ADOPTED IN FULL; and,

2. The instant case is DISMISSED in its entirety as DUPLICATIVE of case nos. 1:06-cv-00429-AWI-SMS-P, 1:06-cv-00441-OWW-SMS-P, 1:06-cv-00471-AWI-LJO-P, 1:06-cv-00485-OWW-LJO-P, FAILS TO STATE A CLAIM upon which relief can be granted and because the allegations are FRIVOLOUS.

IT IS SO ORDERED.

**Dated:   September 16, 2006**              /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE